

4360 Chamblee Dunwoody Road
Suite 310
Atlanta, GA 30341
PHONE 404-789-2661, ext. 2306
FAX 404-294-0919
kyle.kotake@brockandscott.com
www.brockandscott.com

June 18, 2018

The Hon. Amy Totenberg                                                                 *via ECF Filing*
United States District Judge
2388 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

        Re:    Steele v. Credit Collection Services, Inc. *et al.*
               1:17-cv-02371-AT

Dear Judge Totenberg:

    In accordance with the Court's Order dated May 7, 2018, the parties jointly submit this letter as their status report. Mr. Steven Sands will be deposed regarding corporate formation of the defendant for preservation of evidence. The deposition will be conducted via telephone and/or video. A date and time has not yet been set but counsel for the parties are working to schedule a date. Also, the parties do not consent to trial before the Magistrate Judge and do not wish to mediate the case.

    If you have any question or comments, or if we may assist the Court in any way, please do not hesitate to contact us.

                                            Very truly yours,

                                            /s/ Kyle S. Kotake

cc:    David A. Prado, Esq. *via ECF*